Argued December 21, 1977, affirmed May 8, 1978

STATE OF OREGON, *Respondent,*

*v.*

RICKY LEE BROTHERS, *Appellant.*

(No. 17-387, CA 8708)

577 P2d 945

Robert C. Cannon, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Johnson, Judges.

PER CURIAM.

Affirmed. *State v. Cloutier,* 33 Or App 121, 575 P2d 996 (1978).